USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                      **PLAINTIFF**

**VS.**                      **CRIMINAL ACTION NUMBER: 3:22-MJ-654**

**JOSEPH HOWE**                      **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on October 28, 2022 to conduct an initial appearance on a Complaint filed in the District of Columbia.

**APPEARANCES**

| | |
|---|---|
| For the United States: | Joel King, Assistant United States Attorney |
| For the defendant: | Defendant Joseph Howe - Present and in custody |
| Court Reporter: | Digitally Recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished a copy of the Complaint, and was advised of his rights. The defendant advised the Court that he would retain counsel for future proceedings.

By agreement of the United States and Probation,

**IT IS HEREBY ORDERED** that the defendant is released on an unsecure bond in the amount of $10,000.00 with conditions pending further order of the Court.

Further proceedings will be scheduled by separate order.

This 31st day of October, 2022      **ENTERED BY ORDER OF THE COURT:**
                                                       **REGINA S. EDWARDS**
                                                       **UNITED STATES MAGISTRATE JUDGE**
                                                       **JAMES J. VILT, JR., CLERK**
                                                       **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        U.S. Marshal
        Counsel for Defendant

0|15